```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT

    v.                              Crim. No. 08-20023
                                                     Civil No. 09-2110

BRYAN LEE WOODS                                    DEFENDANT/PETITIONER

## **ORDER**

Now on this 26th day of January 2010, there comes on for consideration the report and recommendation filed herein on January 5, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27).  The parties did not file written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 18) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge